# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No.: 15-57338 |
| Virginia Marie Palmer | Chapter 13 |
| Debtor. | Judge Charles M. Caldwell |

## NOTICE OF CHANGE OF ADDRESS FOR DEBTOR

Debtor, through counsel, hereby notifies the court of her updated address as follows:

Old Address:    737 Andrew Avenue
                Westerville, OH 43081

**New Address:**    **732 Parkbluff Way**
                    **Lewis Center, Ohio 43035**

Respectfully submitted,

September 9, 2016        /s/ Laura M. Nesbitt
Date                     Laura M. Nesbitt (0082629)
                         The Nesbitt Law Firm
                         5400 Frantz Road, Suite 210
                         Dublin, OH 43016
                         (614) 800-0262
                         *laura@nesbittfirm.com*
                         *Counsel for Debtor*

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and accurate of copy of the foregoing <u>NOTICE</u> was served via regular US mail, postage prepaid or electronically as permitted by the rules, upon the following parties on **September 9, 2016.**

      /s/ Laura M. Nesbitt_____
      Laura M. Nesbitt (0082629
      *Counsel for Debtor*

**Served electronically:**

Frank M. Pees
Office of the United States Trustee
Brian M Gianangeli

**Served regular Mail:**

Virginia Marie Palmer
732 Parkbluff Way
Lewis Center, Ohio 43035